1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE-E-WAY, INC., | Case No.  CV 12-6135-GW(CWx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| JAYBIRD GEAR, LLC, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.  Each party shall bear their own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 14, 2013

BY THE COURT

George H. Wu

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT